# UNITED STATES DISTRICT COURT

for

# EASTERN DISTRICT OF NORTH CAROLINA
# EASTERN DIVISION

U.S.A. vs. Gordon Ryan Daniels            Docket No. 4:11-CR-60-1

## Petition for Action on Supervised Release

COMES NOW C. Lee Meeks, Jr., probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Gordon Ryan Daniels, who, upon an earlier plea of guilty to Possession With Intent to Distribute Lysergic Acid Diethylamide (LSD), in violation of 21 U.S.C. § 841(b)(1)(c), was sentenced by the Honorable Thomas W. Phillips, U.S. District Judge for the Eastern District of Tennessee (EDTN), on December 14, 2009, to time served. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 24 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall pay a $100 special assessment.

Gordon Ryan Daniels was released from custody on December 14, 2009, at which time the term of supervised release commenced.

On July 2, 2010, Daniels was charged with Possess Drug Paraphernalia and Inhale Toxic Vapors in Wake County, North Carolina. On July 22, 2010, the probation officer submitted a violation report to the EDTN recommending no action be taken until the charges were disposed with a request to initiate transfer of jurisdiction. On August 2, 2010, the court in the EDTN approved the probation officer's recommendation. On March 14, 2011, the charges in Wake County were voluntary dismissed.

Transfer of Jurisdiction to the Eastern District of North Carolina was finalized June 10, 2011.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On May 3, 2011, Daniels tested positive for cocaine during a home contact. When confronted with the violation, the defendant admitted he used cocaine with his girlfriend on or about April 29, 2011. The laboratory confirmed the positive test results on May 11, 2011.

Gordon Ryan Daniels
Docket No. 4:11-CR-60-1
Petition For Action
Page 2

Since his release from custody, the defendant has maintained part-time employment as a commercial fisherman with his father. He recently obtained part-time employment as a laborer with a local clam house. Additionally, he has reported as directed and complied with the terms of supervision. While on supervision, Daniels completed a substance assessment at Port Human Services in New Bern, North Carolina. As a result of the assessment, Daniels completed relapse prevention group on January 31, 2011.

As a sanction for the violation, the probation officer recommends the conditions of supervision be modified to include 48 hours community service and warrantless searches. Furthermore, Daniels is being referred to Port Human Services for additional substance abuse counseling.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 48 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

2. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Kevin L. Connolley<br>Kevin L. Connolley<br>Supervising U.S. Probation Officer | /s/ C. Lee Meeks, Jr.<br>C. Lee Meeks, Jr.<br>U.S. Probation Officer<br>472-C Western Blvd.<br>Jacksonville, NC 28546-6862<br>Phone: (910) 347-9038<br>Executed On: June 13, 2011 |

Gordon Ryan Daniels
Docket No. 4:11-CR-60-1
Petition For Action
Page 3

## ORDER OF COURT

Considered and ordered this 14th day of June, 2011, and ordered filed and made a part of the records in the above case.

_James C. Fox_
James C. Fox
Senior U.S. District Judge